# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARYANN SOSA,

    Plaintiffs,

v.                                                             No. 2:22-cv-00011-KWR-GJF

CODY ALLEN JOHNSON,
TEXAS INDUSTRIAL CHOICE, LLC,
and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff Maryann Sosa, Defendant Cody Allen Johnson, and Texas Industrial Choice, LLC's Joint Motion to Dismiss with Prejudice.  The Court, having reviewed the Motion to Dismiss With Prejudice (Doc.28) and being otherwise fully advised in the premises, finds that the Motion is **WELL TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss with Prejudice (Doc. 28) be and hereby is **GRANTED**. Plaintiff's Complaint for Negligence, Negligence Per Se, Respondeat Superior, and Bad Faith against Defendants, together with all causes of action that could have been asserted in this litigation by Plaintiff against any party is **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorneys' fees.

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED AND APPROVED BY:**

**ALLEN, SHEPHERD, & LEWIS, P.A.**

By:   */s/ Aaron R. Kugler*
Aaron R. Kugler
P.O. Box 94750
Albuquerque, New Mexico 87199
(505) 341-0110
akugler@allenlawnm.com
*Attorneys for Defendant Texas Industrial Choice*

**BALDERRAMA LAW FIRM, LLC**

By:   *Approved via email 11/4/22*
Celedonia Balderrama
7401 Hancock Ct. NE, Suite B
Albuquerque, NM 87109
505-900-3834
celia@balderramalawfirm.com
*Attorneys for Plaintiff*

**EATON LAW OFFICE, P.C.**

By:  *Approved via email 11/4/22 by Daniel F. D'Addio*
James P. Barrett
Daniel F. D'Addio
P.O. Box 25305
Albuquerque, NM  87125-0305
505-243-1486
jbarrett@eatonlaw-nm.com;
dfdaddio@eatonlaw-nm.com
*Attorneys for Defendant Cody Allen Johnson*